Certificate Number: 05781-FLS-DE-041449090

Bankruptcy Case Number: 26-19840

05781-FLS-DE-041449090

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 15, 2026, at 5:39 o'clock PM PDT, Tameika Farrell-Jones completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date: September 15, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President